No. 313. Douglas *v.* Alabama. Petition for writ of certiorari to the Court of Appeals of Alabama granted limited to Question 1 presented by the petition which reads as follows:

"1. Is the defendant in a criminal trial deprived of due process of law when the prosecutor knowingly calls an alleged accomplice to the stand to secure from him a refusal to testify and when his presence on the stand is used as a pretense for reading to the jury an alleged confession of the witness which is inadmissible against the defendant?"

*Bryan A. Chancey, Robert S. Gordon* and *Charles Cleveland* for petitioner. *Richmond M. Flowers,* Attorney General of Alabama, and *Paul T. Gish, Jr.,* Assistant Attorney General, for respondent.

No. 10, Misc. Pointer *v.* Texas. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Court of Criminal Appeals of Texas granted. Case transferred to the appellate docket. *Orville A. Harlan* for petitioner. *Waggoner Carr,* Attorney General of Texas, and *Gilbert J. Pena* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 212, Misc. Angelet *v.* Fay, Warden. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted. Case transferred to the appellate docket. *Leon B. Polsky* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, *Barry Mahoney,* Assistant Attorney General, and *Brenda Soloff,* Deputy Assistant Attorney General, for respondent.